**Walter E. HANNAH, et al., Appellants,**

v.

**Phyllis JOBE, Robert Young, and Bruce Jacobs, Respondents.**

**No. WD 62148.**

Missouri Court of Appeals, Western District.

July 29, 2003.

Seth D. Shumaker, Kirksville, MO, for appellants.

Jason L. Call, Jefferson City, MO, for respondents.

Before HARDWICK, P.J., BRECKENRIDGE and SPINDEN, JJ.

***ORDER***

PER CURIAM.

Walter Eugene Hannah, Clara Jean Hannah, and Clara Belle Hannah appeal the granting of summary judgment in favor of Respondents Phyllis Jobe and Robert Young, d/b/a/ J & Y Farms, and Bruce Jacobs. Since a published opinion would have no precedential value, a memorandum has been provided to the parties.

The trial court's judgment is affirmed. Rule 84.16(b).